NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000817
02-MAY-2017
11:38 AM**

NO. CAAP-16-0000817

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE ADOPTION OF
A FEMALE CHILD AND A MALE CHILD

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-A NO. 16-1-6097)

ORDER DISMISSING THE APPEAL
(By: Leonard, Presiding Judge, and Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On November 17, 2016, Respondent-Appellant RS (Appellant) filed a notice of appeal;

(2) The opening brief was due on a clerk's extension on or before March 29, 2017;

(3) Appellant did not file the opening brief, or request another extension of time;

(4) On April 12, 2017, the appellate clerk notified Appellant that the time for filing the opening brief had expired, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on April 24, 2017, for appropriate action, which could include dismissal, and any request for relief from default should be made by motion; and

(5) Thereafter, Appellant did not file the opening brief, or otherwise respond to the default notice.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, May 2, 2017.

Presiding Judge

Associate Judge

Associate Judge

2